UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

YOUNG YIL JO,

          Plaintiff,

   v.

SIX UNKNOWN NAMES AGENTS, *et al*.,

          Defendants.

Case No. C13-1906-MJP-MAT

REPORT AND RECOMMENDATION

On October 21, 2013, plaintiff Young Yil Jo submitted to this Court for filing a proposed civil rights complaint. (*See* Dkt. No. 1.) However, plaintiff failed to submit with his complaint either the $350 filing fee or an application for leave to proceed with this action *in forma pauperis*. Accordingly, the Clerk sent plaintiff a letter advising him that he would have to submit either the entire filing fee, or an application for *in forma pauperis* status, on or before November 22, 2013, and that his failure to do so could result in dismissal of this case. (Dkt. No. 3.) The Clerk also sent plaintiff the appropriate *in forma pauperis* application form. (*See id*.) To date, plaintiff has submitted neither the filing fee nor an application for leave to proceed *in forma pauperis*.

REPORT AND RECOMMENDATION
PAGE - 1

01     As plaintiff has had ample time to comply with the filing fee requirement, but has failed
02 to do so, this Court recommends that the instant action be dismissed without prejudice for
03 failure to prosecute.
04     Any objections to this recommendation must be filed with the Clerk within *twenty-one*
05 *(21) days* of the date on which this recommendation is signed.  Objections should be noted for
06 consideration on the District Judge's motion calendar for the third Friday after they are filed.
07 Responses to objections may be filed within *fourteen (14) days* after service of objections.  If
08 no timely objections are filed, the matter will be ready for consideration by the District Judge on
09 *December 20, 2013*.
10     DATED this 27th day of November, 2013.

                                                        /s/ Mary Alice Theiler
                                                        Mary Alice Theiler
                                                        Chief United States Magistrate Judge